Order entered November 6 , 2012

004759



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00340-CR

### BRANDON JEROME MILLER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F11-21412-X

## ORDER

Appellant's attorney filed an *Anders* brief in this case, but did not file a motion to withdraw as counsel. By letters dated September 27, 2012 and October 15, 2012, we directed counsel to file a motion to withdraw to accompany the *Anders* brief. To date, counsel has not complied.

Accordingly, we **ORDER** counsel to file, within **SEVEN DAYS** of the date of this order, a motion to withdraw as counsel to accompany the *Anders* brief. If we do not receive the motion to withdraw within the time specified, the Court will strike the *Anders* brief filed and order counsel to file a new brief in this appeal.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to Katherine Drew, Appellate Chief, Dallas County Public Defender's Office.

_____
DAVID L. BRIDGES
JUSTICE